# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# FILE NO: 1:25 CV 58-MOC-WCM

| | |
|---|---|
| CHRISTOPHER JONAS BROOKS, ) <br>    Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ASHEVILLE DETOX LLC and ) <br> HEALTHCARE ALLIANCE ) <br> NORTH AMERICA, ) <br>    Defendants. ) | **MOTION FOR EXTENSION OF TIME TO ANSWER COMPLAINT** |

NOW COME Defendants Asheville Detox, LLC and Healthcare Alliance North America (hereinafter "Defendants") by and through undersigned counsel and hereby move the Court for a thirty (30) day extension of time, up through and including May 5, 2025, in which to file an answer or response to the Complaint, and does so for the following reasons:

1. According to ECF, Defendant Asheville Detox, LLC was served with a copy of the Complaint on or about March 13, 2025, and the current deadline to answer or respond is April 3, 2025.

2. According to ECF, Defendant Healthcare Alliance North

America was served with a copy of the Complaint on or about March 18, 2025, and the current deadline to answer or respond is April 8, 2025.

3. The time for Defendants to answer or respond to the Complaint has not yet expired.

4. Defendants require additional time in which to obtain the necessary information to answer or respond to the Complaint.

WHEREFORE, for the above stated reasons, Defendants respectfully request that the Court allow them an extension of time, up to and including May 5, 2025, in which to file an answer or other responsive pleading to the Complaint.

This the 2nd day of April 2025.

       /s/ Robert C. Carpenter
       Robert C. Carpenter
       N.C. State Bar No. 36672
       Allen Stahl & Kilbourne, PLLC
       20 Town Mountain Road, Suite 100
       Asheville, NC 28801
       828-254-4778
       828-254-6646 fax
       bcarpenter@asklawnc.com
       *Attorney for Defendants*

# CERTIFICATE OF SERVICE

I CERTIFY that according to CM/ECF records, a copy of the foregoing was served upon the individual listed below via electronic notification from the District Court:

Christopher Jonas Brooks
brooks.cj1002@gmail.com
*Pro Se*

This the 2nd day of April, 2025.

/s/ Robert C. Carpenter
Robert C. Carpenter
N.C. State Bar No. 36672
Allen Stahl & Kilbourne, PLLC
20 Town Mountain Road, Suite 100
Asheville, NC 28801
828-254-4778
828-254-6646 fax
bcarpenter@asklawnc.com
*Attorney for Defendants*