IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:25-cv-00058-MOC-WCM

| | | |
|---|---|---|
| CHRISTOPHER JONAS BROOKS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| ASHEVILLE DETOX LLC; and | ) | |
| HEALTHCARE ALLIANCE | ) | |
| NORTH AMERICA, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

This matter is before the Court on Defendants' Motion for Extension of Time to Answer Complaint (the "Motion," Doc. 7).

Having considered the Motion as well as Plaintiff's "Emergency Objection" (Doc. 10), the Motion is **GRANTED**, and the deadline for Asheville Detox, LLC and Healthcare Alliance North America to file an answer or otherwise respond to Plaintiff's Complaint is **EXTENDED** through and including May 5, 2025.

It is so ordered.

Signed: April 7, 2025

W. Carleton Metcalf
United States Magistrate Judge