IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
FILE NO: 1:25 CV 58-MOC-WCM

CHRISTOPHER JONAS BROOKS
  Plaintiff,

V

ASHEVILLE DETOX LLC et al.
  Defendant,

**PLAINTIFF'S COMBINED OPPOSITION TO DEFENDANTS' MOTION TO DISMISS AND MOTION TO STRIKE FOURTH, FIFTH, SIXTH, AND SEVENTH AFFIRMATIVE DEFENSES**