| Section | Title | |
|---|---|---|
| | | **TABLE OF CONTENTS** |
| I | INTRODUCTION | |
| II | DEFENDANTS' MOTION TO DISMISS SHOULD BE DENIED | |
| | A. HCANA Is Properly Named in the EEOC Charge (Rule 12(b)(1)) | |
| | B. Plaintiff States Plausible Title VII Claims (Rule 12(b)(6)) | |
| III | MOTION TO STRIKE FOURTH, FIFTH, SIXTH, AND SEVENTH AFFIRMATIVE DEFENSES | |
| | A. General Deficiencies in Defendants' Pleading | |
| | B. Specific Defenses to Strike | |
| | 1. Fourth Affirmative Defense – Agreement and Release | |
| | 2. Fifth Affirmative Defense – Failure to Exhaust Administrative Remedies | |
| | 3. Sixth Affirmative Defense – Estoppel, Waiver, and Unclean Hands | |
| | 4. Seventh Affirmative Defense – Failure to Mitigate | |
| | C. Conclusion | |
| IV | DEFENDANTS' REMAINING DEFENSES ARE INSUFFICIENT | |
| V | REQUEST FOR LEAVE TO AMEND | |
| VI | CONCLUSION | |
| VII | CERTIFICATE OF SERVICE | |
| VIII | TABLE OF EXHIBITS | |