## TABLE OF EXHIBITS

| Exhibit | Description |
|---------|-------------|
| A | EEOC Charge dated February 2024 |
| B | Page 12 of Workers' Compensation Agreement – Preserving Title VII Claims |
| C | Separation Agreement and Release of Claims – $100 Consideration Not Paid |
| D | Settlement Statement Showing No $100 Payment (Lack of Consideration) |
| E | Unemployment Appeal Decision – Confirming Communication During Leave (Refuting Unclean Hands Defense) |
| F | Notice to employer – confirming plaintiffs communication during workers compensation leave (refuting defendant sixth affirmative defense – unclean hands in misconduct) |