# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## ASHEVILLE DIVISION
### FILE NO: 1:25 CV 58-MOC-WCM

CHRISTOPHER JONAS BROOKS    }

    Plaintiff,    }
}
}          Exhibit A
}

v.    }
}
}
ASHEVILLE DETOX LLC et al.    }

    Defendant,

**EEOC Charge dated June 11, 2024:**

1

# CHARGE OF DISCRIMINATION

This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form.

| Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|
| [X] FEPA | |
| [X] EEOC | and EEOC |

_State or local Agency, if any_

| Name *(indicate Mr., Ms., Mrs.)* | Home Phone *(Incl. Area Code)* | Date of Birth |
|---|---|---|
| **Christopher Brooks** | **(910) 294-1826** | **10/02/1985** |

| Street Address | City, State and ZIP Code |
|---|---|
| **41 Vance Ave Unit B** | **Black Mountain, NC 28711** |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. *(If more than two, list under PARTICULARS below.)*

| Name | No. Employees, Members | Phone No. *(Include Area Code)* |
|---|---|---|
| **Asheville Detox, LLC** | **15+** | **(828) 761-7226** |

| Street Address | City, State and ZIP Code |
|---|---|
| **191 Charlotte Street** | **Asheville, NC 28801** |

DISCRIMINATION BASED ON *(Check appropriate box(es).)*

| [ ] RACE | [ ] COLOR | [X] SEX | [ ] RELIGION | [ ] NATIONAL ORIGIN |
|---|---|---|---|---|
| [X] RETALIATION | [ ] AGE | [ ] DISABILITY | [ ] GENETIC INFORMATION | |
| [ ] OTHER *(Specify)* | | | | |

DATE(S) DISCRIMINATION TOOK PLACE

| Earliest | Latest |
|---|---|
| **01/2024** | **Present** |

[ ] CONTINUING ACTION

THE PARTICULARS ARE *(If additional paper is needed, attach extra sheet(s)):*

**Statement of Harm:** HCANA has and continues to discriminate against me due to my sex. For instance, in January 2024, I inquired about applying for an open CADC (Certified Alcohol and Drug Counselor) position with Alison Sterling (Facility Director). Despite Nicholas Barnard's (Hiring Manager) concession that I would be "the best man for the job," Mr. Barnard denied me the position because John Wood (Owner) was "looking for a female." In doing so, Mr. Barnard flippantly commented that HCANA has "too many males in the workplace," despite female employees outnumbering male employees nearly two to one. Similarly, in or around mid-February 2024, I applied for HCANA's Admissions Coordinator position, again to be interviewed by Mr. Barnard. Both during and following the interview, Mr. Barnard told me he would "love to hire me," but stated he could not because "they [HCANA] wanted to bring on another female." Accordingly, I reported these comments to Rachel Fowler (Facility Supervisor) in late February 2024. However, instead of taking remedial or investigative action in response to my complaint, Ms. Fowler merely shrugged her shoulders and stated, "Maybe they will bring on a guy soon," and dismissed my concerns. I continued to follow up with Mr. Barnard in pursuit of the position.

About one week later, Mr. Barnard told me he would "try to push me through to get the promotion" because I would be "perfect for it." Despite this, Mr. Barnard followed up later and again told me that Mr. Wood would only accept a female in the position. Consequently, just days later, Mr. Barnard informed me HCANA hired an external female for the position. As a result of the unmitigated disparate treatment toward me, HCANA has created a hostile work environment that has negatively impacted my earnings.

**Statement of Discrimination:** HCANA's conduct is in direct violation of Title VII of the Civil Rights Act of 1964 (Title VII).

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – *When necessary for State and Local Agency Requirements* |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief. SIGNATURE OF COMPLAINANT |
| Jun 11, 2024 _____ <br> Date <br><br> *Christopher Jonas brooks* <br> Christopher Jonas brooks (Jun 11, 2024 16:36 EDT) <br> Charging Party Signature | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE *(month, day, year)* |