IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
FILE NO: 1:25 CV 58-MOC-WCM

CHRISTOPHER JONAS BROOKS }
}
   Plaintiff, }
}    Exhibit B
}
v. }
}
}
ASHEVILLE DETOX LLC et al. }
}

   Defendant,

**Page 12&13 of Workers' Compensation Agreement – Title VII Rights Preserved**

1

unpaid medical expenses under the terms of this Agreement, subject to any lawful adjustments Plaintiff is entitled to claim based on applicable administrative rules and/or statutory provisions.

That Plaintiff knowingly and intentionally waives Plaintiff's right to further benefits under the Workers' Compensation Act for the injuries or conditions which are the subject of this Agreement and agrees to accept the sum of Fifty Thousand and 00/100 Dollars ($50,000.00), in full, final and complete satisfaction of any and all claims which Plaintiff has or may have against Employer-Defendant or Carrier-Defendant by reason of the injury or occupational disease giving rise to this claim.

That Carrier-Defendant, on behalf of Employer-Defendant, agrees to pay the entire mediator's fee for the mediated settlement conference held in this case without contribution from, or offset to, the amount payable to Plaintiff under this Agreement.

That all parties agree that no rights afforded under N.C.G.S. § 97-10.2 are waived by this Agreement.

That all parties agree that no rights, other than those arising under the provisions of the Workers' Compensation Act, are compromised or released by the execution of this Agreement.

That all parties hereto specifically stipulate that the North Carolina Industrial Commission may consider the matters now in the record as competent evidence in passing on this compromise Agreement, subject to the conditions herein stated.

That Carrier-Defendant, on behalf of Employer-Defendant, agrees to pay all costs incurred within the meaning of 11 NCAC 23E.0203(a) without contribution from, or offset to, the amount payable to Plaintiff under this Agreement.

That Plaintiff represents that Plaintiff has read this Agreement and fully understands it, that no promise, inducement or agreement not herein expressed has been made to Plaintiff, that this

12

Agreement contains the entire agreement between the parties hereto, and that its terms are contractual and not a mere recital.

This Agreement is made expressly subject to the approval of the North Carolina Industrial Commission by its award duly issued, and the same shall be binding upon all parties when approved by said Commission.

IN TESTIMONY WHEREOF, the parties have hereunto set their hands and affixed their seals, the day and year first above written, and in doing so, each person signing below also certifies under the penalties applicable for perjury, that he or she is the person identified and authorized to sign this Agreement for that party.

_____
Christopher Jonas brooks (Nov 25, 2024 11:40 EST)
Christopher Brooks, Plaintiff

13