IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
FILE NO: 1:25 CV 58-MOC-WCM

CHRISTOPHER JONAS BROOKS

   Plaintiff,

                                        Exhibit D

v.

ASHEVILLE DETOX LLC et al.

   Defendant,

**Settlement statement from Plaintiffs workers compensation claim Showing no separate $100 payment to Plaintiff (Supporting Lack of Consideration Argument – Release Invalid)**

# Law Offices of James Scott Farrin

## SETTLEMENT STATEMENT

| | | | |
|---|---|---|---|
| Client: | Christopher Brooks | Case Number: | 1627446 |
| Defendants: | AmTrust North America | Date of Incident: | 5/30/2024 |
| | HCA NC Administration LLC | | |

**TOTAL SETTLEMENT** $50,000.00

**TOTAL ATTORNEYS' FEES** (in Separate Check from Defendants) $12,500.00

**TOTAL AMOUNT DUE CLIENT** (Defendants' check made payable to client directly) **$37,500.00**

NO FUNDS DEPOSITED INTO FIRM TRUST ACCOUNT

*Additional Notes:*
* All Costs Waived - see total below.
*

Congratulations on settling your workers' compensation case. A summary of the settlement figures appears above. This concludes your case, and the Firm will take no further action in this matter. Keep in mind you are responsible for paying any medical bills for treatment incurred after the date of the settlement.

**Itemization of Case Expenses**

| | | **TOTAL WAIVED** | **$66.00** |
|---|---|---|---|
| Atlantic Brain and Spine - | $ 10.00 | | |
| ChartSwap - WC Prepayment REQ-18620787 | $ 30.00 | | |
| ChartSwap - Custodian Fee, REQ-18620787 | $ 10.00 | | |
| Ciox Health - WC - 465295620 | $ 2.00 | | |
| Ciox Health - WC - 465379350 | $ 2.00 | | |
| Ciox Health - WC - 0471365122 | $ 2.00 | | |
| RecordQuest - RQ-ID: 2549592 | $ 10.00 | | |