IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
FILE NO: 1:25 CV 58-MOC-WCM

CHRISTOPHER JONAS BROOKS

   Plaintiff,

                                            Exhibit F

v.

ASHEVILLE DETOX LLC et al.

   Defendant.

**Notice to employer– Confirming Plaintiff's Communication During Workers' Compensation Leave (Refuting Defendants' Sixth Affirmative Defense – Unclean Hands and Misconduct)**

1

North Carolina Industrial Commission

# NOTICE OF ACCIDENT TO EMPLOYER AND CLAIM OF EMPLOYEE, REPRESENTATIVE, OR DEPENDENT (G.S. 97-22 THROUGH 24)

IC ____

Emp. C ____

Carrier C ____

Employer FEIN ____

The I.C. File # is the unique identifier for this injury. It will be provided by return letter and is to be referenced in all future correspondence.

The Use Of This Form Is Required Under The Provisions of The Workers' Compensation Act

---

| Employee | Employer |
|---|---|
| **Christopher J. Brooks** — Employee's Name | **HCA NC Administration LLC** — Employer's Name / Telephone Number |
| 41 Vance Ave., B — Address | 1010 Merrimon Ave, Asheville NC 28804 — Employer's Address / City / State / Zip |
| Black Mountain NC 28711 — City / State / Zip | **AmTrust North America** — Insurance Carrier |
| Home Telephone / Work Telephone | P. O. Box 94405 Cleveland OH 44101 — Carrier's Address / City / State / Zip |
| 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 — Social Security Number / Male / 10/02/1985 — Sex / Date of Birth | 888-239-3909 — Carrier's Telephone Number / 775-908-3724 — Carrier's Fax Number |

**EMPLOYEE** – This form must be filed with the Industrial Commission within two years of the date of injury or occupational disease or your claim may be barred. Notice shall be given to the employer as soon as the accident occurred or as soon thereafter as practicable and within 30 days. (This form should also be used for occupational disease claims; however, for asbestosis, silicosis and byssinosis, Form 18B is to be used.)

Notice is hereby given, as required by law, that the above-named employee sustained an injury or contracted an occupational disease, described as follows: 5:30 ☒ A.M. ☐ P.M. on 05/30/2024 at Asheville, Buncombe Describe the injury or occupational disease, including the specific body part involved (e.g., right hand, left hand) back/spine, neck, right upper extremity, hand, hip, knee leg pain. Describe how the injury or occupational disease occurred: Plaintiff-Employee sustained compensable injuries in the course and scope of his employment with Defendant-Employer when was injured picking up a case of water and fell backwards hitting a table.

Occupation when injured: **Behavioral Health Tech**   Nature of employer's business: **Healthcare**

Number of Days out of work due to Injury   More than 7 days; exact no. TBD; employee remains disabled

Medical Treatment Received?   Yes **X**   No ____

Weekly wage: **To be determined**   Number of hours worked per day: **To be determined**   Days worked per week: **To be determined**

**NOTE** –If employee is unable to sign this, another may sign for him. This form should be typewritten if possible. Employee should retain one signed copy of this notice, mail one signed copy to Industrial Commission at the address below, and furnish employer with one signed copy.

*/s/ J Harris*

Signature of (Check One) ☐ Employee, ☒ Attorney, ☐ Representative, or ☐ Dependent

N.C. Bar No. 24275

(919) 688-4991 — Telephone Number

555 South Mangum Street #800 — Address   Durham — City   NC 27701 — State/Zip   6/11/2024 — Date Completed

MAIL TO:
NCIC - STATISTICS SECTION
4335 MAIL SERVICE CENTER
RALEIGH, NORTH CAROLINA 27699-4335
MAIN TELEPHONE: (919) 807-2500
OMBUDSMAN: (800) 688-8349
WEBSITE: HTTP://WWW.COMP.STATE.NC.US

For IC use ONLY
Researcher: ____
CC: ____
EC: ____
Data Entry: ____

FORM 18
8/1/08
PAGE 1 OF 1

FORM 18