# Exhibit A

Christopher Jonas Brooks

41 Vance Ave Unit B

Black Mountain, NC 28711

To: Defense Counsel for Asheville detox et al.

Re: Global Settlement Offer – Federal Case + REDA Claims

Plaintiff offers to resolve all federal and state (REDA) claims under these terms:

1. Payment: $1,000,000, allocated as follows:

   - $700,000: Compensatory/punitive damages (federal case).

   - $300,000: REDA back pay, penalties, and training costs.

2. Non-Monetary Relief:

   - Expunge all disciplinary records related to Plaintiff.

   - Implement anti-retaliation policies reviewed by the NC DOL.

   - Issue a public apology for litigation misconduct and retaliation.

In exchange, Plaintiff will:

- Withdraw all federal claims and Rule 11 motions.

- Request dismissal of the REDA investigation.

This offer expires in 14 days.

Sincerely,

Christopher Brooks

## CERTIFICATE OF SERVICE

 I hereby certify that a copy of the foregoing document was mailed/ delivered to the following individuals at the addresses listed:

Robert C. Carpenter

N.C. State Bar No. 36672

Alicia E. Hill

N.C. State Bar No. 58372

Allen Stahl & Kilbourne, PLLC

20 Town Mountain Road, Suite 100

Asheville, NC 28801

828-254-4778

828-254-6646 fax

bcarpenter@asklawnc.com

ahill@asklawnc.com

Attorney for Defendants

**This the 20th Day of May, 2025**

**/s/ Christopher J. Brooks**

**Christopher J. Brooks**

**41 Vance Ave Unit B**

**Black Mountain, NC 28711**

**(910)294-1826**

Chris.brooks111@outlook.com

*Pro se Plaintiff*

Rule 11(c)(2) Service Notice

Christopher Jonas Brooks
41 Vance Ave Unit B
Black Mountain, NC 28711
Chris.Brooks111@outlook.com
(910) 294-1826

5/20/2025

Robert Carpenter
Allen Stahl & Kilbourne, PLLC
20 Town Mountain Road, Suite 100

Asheville, NC 28801

Re: Notice of Rule 11(c)(2) Service – Brooks v. Asheville Detox, LLC, et al.
Case No. 1:25-cv-00058-MOC-WCM (WDNC)

Dear Counsel:

Pursuant to Federal Rule of Civil Procedure 11(c)(2), enclosed please find a copy of
Plaintiff's Motion to Strike and for Sanctions. This motion is being served but not filed
with the Court at this time, in accordance with the 21-day safe harbor provision.

Although the underlying conduct cannot truly be undone—given that it involved mailing
an altered exhibit after court filing—this notice is provided to comply with Rule 11's
procedural requirement.

If you do not withdraw or appropriately correct the material identified in the motion
within 21 days of service, Plaintiff intends to file the motion with the Court.

Sincerely,
Christopher Jonas Brooks
Pro Se Plaintiff

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**ASHEVILLE DIVISION**
**FILE NO: 1:25 CV 58-MOC-WCM**

CHRISTOPHER JONAS BROOKS }
    Plaintiff, }
     }
     }
v. }          Rule 11 Motion for Sanctions
     }
     }
ASHEVILLE DETOX LLC et el }
    Defendant, }

1

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### ASHEVILLE DIVISION
### FILE NO: 1:25 CV 58-MOC-WCM

CHRISTOPHER JONAS BROOKS
    Plaintiff,

v.

ASHEVILLE DETOX LLC et al.
    Defendant,

**Rule 11 Motion for Sanctions**

**NOW COMES** Plaintiff, Christopher Jonas Brooks, pro se, pursuant to FRCP 11(c)(2) and the Court's inherent authority, and respectfully serves this Motion for Sanctions on Defendants Asheville Detox, LLC et al. and their counsel.

## FACTUAL BACKGROUND

1. On May 5, 2025, Defendants filed an Answer asserting a Fourth Affirmative Defense that Plaintiff "agreed to settle his claim" via a "release of all claims."

2. At the time of filing, Defendants knew:

  a. No payment was made to Plaintiff.

  b. No document had been executed by Plaintiff.

  c. No mutual assent occurred.

3. On May 12, 2025, Plaintiff filed Exhibit 13-6, the unsigned, unpaid document Defendants later altered by adding a handwritten date and signature (**Exhibit AA/5**).

## LEGAL BASIS

- Defendants' Fourth Affirmative Defense violated Rule 11(b)(3) because it lacked evidentiary support.

- Defendants' fabrication of Exhibit 13-6 constitutes bad faith under *Chambers v. NASCO.

1

**REQUESTED RELIEF**

If Defendants fail to withdraw/correct their defense within 21 days, Plaintiff requests:

1. Strike the Fourth Affirmative Defense.

2. Bar Defendants from using the altered document.

3. Refer counsel to the state bar for disciplinary review.

4. Monetary sanctions.

**CONCLUSION**

This motion is served pursuant to Rule 11(c)(2). If not resolved, Plaintiff will file it with the Court after the safe harbor period.

# CERTIFICATE OF SERVICE

 I hereby certify that a copy of the foregoing document was mailed/ delivered to the following individuals at the addresses listed:

Robert C. Carpenter

N.C. State Bar No. 36672

Alicia E. Hill

N.C. State Bar No. 58372

Allen Stahl & Kilbourne, PLLC

20 Town Mountain Road, Suite 100

Asheville, NC 28801

828-254-4778

828-254-6646 fax

bcarpenter@asklawnc.com

ahill@asklawnc.com

Attorney for Defendants

   **This the 20th Day of May, 2025**

/s/ Christopher J. Brooks

**Christopher J. Brooks**

**41 Vance Ave Unit B**

**Black Mountain, NC 28711**

**(910)294-1826**

Chris.brooks111@outlook.com

*Pro se Plaintiff*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**ASHEVILLE DIVISION**
**FILE NO: 1:25 CV 58-MOC-WCM**

| | | |
|---|---|---|
| CHRISTOPHER JONAS BROOKS | } | |
|    Plaintiff, | } | |
| | } | |
| | } | |
| v. | } | Exhibits for Rule 11 Motion for |
| | } | Sanctions |
| | } | |
| ASHEVILLE DETOX LLC et el | } | |
|    Defendant, | } | |

1

**Table of exhibits**


**Title/First Line Snippet**


AA/1        DECLARATION OF CHRISTOPHER JONAS BROOKS

AA/2        DECLARATION Cont.

AA/3        All of the contents from the UPS envelope

AA/4        Envelope with plaintiffs address on it

AA/5        Altered exhibit 13-6

AA/6        front of UPS envelope

AA/7        Check number 153 From Asheville detox9

AA/8        Back of ups envelope

AA/9        Back of check number 153

AA/10-1      notary page for check number 153

AA/10-2      Front of sealed envelope containing check 153

AA/10-3      Back of sealed envelope containing check 153

AA/11-1      Notary page for the $100 bill

AA/11-2      Front of sealed envelope containing one $100 bill

AA/11-3      Back of sealed envelope containing one $100 bill

AA/12        Envelope containing the remaining contents of the UPS envelope

AA/13        Defenses 4th affirmative defense-Document 12- Filed 5/5/25

AA/14        Plaintiffs unaltered copy of document 13-6

# DECLARATION OF CHRISTOPHER JONAS BROOKS

I, Christopher Jonas Brooks, declare under penalty of perjury, pursuant to 28 U.S.C. §
1746, is true and correct to the best of my knowledge, information, and belief as follows:

1. On May 17, 2025, I received an envelope from Defendants or their counsel containing
a $100 check and a $100 bill in cash.

2. This envelope was received after I filed my Complaint in the United States District
Court for the Western District of North Carolina, file number 1:25-cv-00058-MC-WCM,
on February 27, 2025, and after I had submitted filings stating that I did not agree to any
settlement. I did not request this payment, and I did not authorize any person to accept or
request payment on my behalf.

3. The envelope and its contents were unsolicited.

4. I have not endorsed, deposited, spent, or otherwise negotiated the $100 check. I have
written the word "VOID" across the face of the check and preserved it intact.

5. I have not spent or accepted the $100 bill in cash. It remains in my possession,
unaltered, and sealed in a separate envelope labeled with the date received and its nature
as unsolicited payment.

6. I reject both the check and the cash in full and do not accept them as consideration for
any settlement or agreement.

7. This declaration is made to document the unsolicited nature of the payment and to
confirm that no part of it has been accepted or used. Photographic evidence of the
envelope and its contents is available if needed.

AA/1

Executed on May 17, 2025.

_(signature)_

Christopher Jonas Brooks

State of North Carolina

County of Henderson

On this date, Christopher Jonas Brooks personally appeared before me and acknowledged the due execution of the foregoing instrument.

Witness my hand and official seal this 17th day of May 2025.

_(signature)_
Official Signature of Notary

Richie A. Brewer
Notary's printed or typed name

My commission expires: 10/02/2029

(Official Seal)

```
RICHIE A. BREWER
Notary Public
North Carolina
Transylvania County
```

**AA/2**





12.   _Partial Invalidity_

The parties agree that the provisions of this Agreement shall be deemed severable and that the invalidity or unenforceability of any portion or any provision shall not affect the validity or enforceability of the other portions or provisions. Such provisions shall be appropriately limited and given effect to the extent that they may be enforceable.

13.   _Acknowledgement_

BY SIGNING BELOW AND RETURNING THIS AGREEMENT, YOU AFFIRM THAT YOU HAVE BEEN GIVEN A REASONABLE PERIOD OF TIME TO CONSIDER THIS AGREEMENT; THAT YOU HAVE CAREFULLY READ AND UNDERSTAND EACH OF THE TERMS OF THIS AGREEMENT; THAT THE CONSIDERATION YOU WILL RECEIVE IN EXCHANGE FOR EXECUTING THIS AGREEMENT IS GREATER THAN THAT TO WHICH YOU WOULD BE ENTITLED IN THE ABSENCE OF THIS AGREEMENT; THAT YOU ARE FULLY COMPETENT TO UNDERSTAND AND EXECUTE THIS AGREEMENT; AND THAT YOU ACCEPT IT KNOWINGLY AS YOUR OWN FREE AND VOLUNTARY ACT WITHOUT ANY COERCION OR INTIMIDATION; AND THAT YOU HAVE THE RIGHT TO CONSULT WITH AN ATTORNEY ABOUT THIS AGREEMENT AND CERTIFIES THAT THE COMPANY HAS URGED AND DOES URGE HIM TO DO SO.

As to Employee:

_Christopher Jonas brooks (Nov 25, 2024 11:40 EST)_

_____   _____
Date                    Christopher Brooks

For the Company:

Nov 15/ 2025   _____
Date                    Asheville Detox LLC

- 6 -

AA/5



THE UPS STORE

Express Envelope

VOLS-1450
F:RED S:IN 0768
UNIT B
41 VANCE AVE
BLACK MOUNTAIN NC 28711

printing
packing
shredding
notarizing
faxing
mailbox
freight
returning
designing

theupsstore.com
theupsstorefranchise.com

**AA/6**

ASHEVILLE DETOX LLC
25 CHOCTAW ST.
ASHEVILLE, NC 28801-4536

66-456/531

PAY TO
THE ORDER OF  Christopher Brooks

One hundred and 00/100

DATE  5/15/25

$ 100.00

DOLLARS

FIRST BANK

localfirstbank.com

MEMO  Settlement

Katrina Stanley

SPECIALTY GRAY HIGH SECURITY

LOOK FOR FRAUD-DETERRING FEATURES INCLUDING THE SECURITY SQUARE AND HEAT-REACTIVE INK. DETAILS ON BACK.

⑆053104568⑆ 209100480⑈ 00153

UPS STORE 2022 ENVELOPE

TIPSSA

International Shipping Notice — Carriage hereunder may be subject to the rules relating to liability and other terms and/or conditions established by the Convention on the Contract for the International Carriage of Goods by Road (the "CMR Convention"). These conventions, hereunder, to the extent applicable to software and/or...

JAMES SMITH
(706) 247-2721
THE UPS STORE #0204
BESC MERIDON AVE
ASHEVILLE NC 28004-2404

SHIP
TO:
CHRISTOPHER BROOKS
UNIT B
41 VANCE AVE

BLACK MOUNTAIN NC 28711

NC 287 0-73

0.1 LBS LTR 1 OF 1
SHP WT: LTR
DATE: 15 MAY 2025

UPS NEXT DAY AIR

TRACKING #: 1Z E36 2C6 NT 5763 6768 1

BILLING P/P
ATTENTION UPS DRIVER SHIPPER RELEASE

Visit theupsstore.com to find a location near you.

**Domestic Shipments**

- To qualify for the Letter rate, UPS Express Envelopes may only contain correspondence, urgent documents, and/or electronic media, and must weigh 8 oz. or less. UPS Express Envelopes containing items other than those listed or weighing more than 8 oz. will be billed by weight.

**International Shipments**

- UPS Express Envelope may be used only for documents of no commercial value. Some countries consider electronic media as documents. Visit ups.com for export to verify if your shipment is classified as a document.

- To qualify for the Letter rate, the UPS Express Envelope must weigh 8 oz. or less. UPS Express Envelopes weighing more than 8 oz. will be billed by weight.

**Note:** Express Envelopes are not recommended for shipments of electronic media containing sensitive personal information or breakable items. Do not send cash or cash equivalent.



UPS STORE 2022 ENVELOPE

TIPSSA

JAMES SMITH
(706) 247-2721
THE UPS STORE 00264
025C MERRIMON AVE
ASHEVILLE NC 28004-2404

0.1 LBS LTR 1 OF 1
SHP WT: LTR
DATE: 15 MAY 2025

SHIP  CHRISTOPHER BROOKS
TO:   UNIT B
      41 VANCE AVE

BLACK MOUNTAIN  NC 28711

NC 287 0-73

UPS NEXT DAY AIR                1
TRACKING #: 1Z E36 2C6 NT 5763 6768

BILLING: P/P
ATTENTION UPS DRIVER: SHIPPER RELEASE

REF #1: 6M



# G.S. § 10B-43 NOTARIAL CERTIFICATE FOR AN OATH OR AFFIRMATION

_Henderson_ County, North Carolina

Signed and sworn to before me this day by _Christopher Jonas Brooks_
_Name of principal_

Date: _5/17/2025_

(Official Seal)

_____
_Official Signature of Notary_

_Richie A. Brewer_, Notary Public
_Notary's printed or typed name_

My commission expires: _10/02/2029_

```
RICHIE A. BREWER
Notary Public
North Carolina
Transylvania County
```

## OPTIONAL

This certificate is attached to a _envelope, re: Check 153_, signed by _Christopher Jonas Brooks_
_Title/Type of Document_ _Name of Principal Signer(s)_

on _5/17/2025_, and includes _1_ pages.
_Date_ _# of pages_

**AA/10-1**

Voided

Check

unsoliceited

Payment

Check #
153

**AA/10-2**



I Christopher Jonas Brooks declare under
Penalty of perjury Do not accept This
Check from Asheville Detox ck# 153
on May 17,2025

May 17, 2025 .

AA/10-3

# G.S. § 10B-43 NOTARIAL CERTIFICATE FOR AN OATH OR AFFIRMATION

Henderson County, North Carolina

Signed and sworn to before me this day by Christopher Jonas Brooks .
<em>Name of principal</em>

Date: 5/17/2025

(Official Seal)

_____
*Official Signature of Notary*

Richie A. Brewer , Notary Public
*Notary's printed or typed name*

My commission expires: 10/02/2029

> RICHIE A. BREWER
> Notary Public
> North Carolina
> Transylvania County

## OPTIONAL

This certificate is attached to a envelope re: PB45260543N, signed by Christopher Jonas Brooks
<em>Title/Type of Document</em>      <em>Name of Principal Signer(s)</em>

on 5/17/2025 , and includes 1 (reobill) pages.
<em>Date</em>      <em># of pages</em>

**AA/11-1**

Serial#

Unsoliceited PB4526O543N

$100 Cash

**AA/11-2**

I Christopher Jonas Brooks Declare
under penality of purjury that ~~II~~
Do not accept this ~~cash~~ and it is
an unsolicited payment on May 17, 2025

*Christopher Jonas Brooks*

May 17, 2025

**AA/11-3**



**AA/12**



### FOURTH AFFIRMATIVE DEFENSE
### (Agreement and Release)

Plaintiff and Defendants agreed to settle his claims with Defendants paying a sum certain to Plaintiff in exchange for his releasing any and all claims against Defendants. This agreement and release serves as a bar to Plaintiff bringing his claims.

12.     Partial Invalidity

The parties agree that the provisions of this Agreement shall be deemed severable and that the invalidity or unenforceability of any portion or any provision shall not affect the validity or enforceability of the other portions or provisions. Such provisions shall be appropriately limited and given effect to the extent that they may be enforceable.

13.     Acknowledgement

**BY SIGNING BELOW AND RETURNING THIS AGREEMENT, YOU AFFIRM THAT YOU HAVE BEEN GIVEN A REASONABLE PERIOD OF TIME TO CONSIDER THIS AGREEMENT; THAT YOU HAVE CAREFULLY READ AND UNDERSTAND EACH OF THE TERMS OF THIS AGREEMENT; THAT THE CONSIDERATION YOU WILL RECEIVE IN EXCHANGE FOR EXECUTING THIS AGREEMENT IS GREATER THAN THAT TO WHICH YOU WOULD BE ENTITLED IN THE ABSENCE OF THIS AGREEMENT; THAT YOU ARE FULLY COMPETENT TO UNDERSTAND AND EXECUTE THIS AGREEMENT; AND THAT YOU ACCEPT IT KNOWINGLY AS YOUR OWN FREE AND VOLUNTARY ACT WITHOUT ANY COERCION OR INTIMIDATION; AND THAT YOU HAVE THE RIGHT TO CONSULT WITH AN ATTORNEY ABOUT THIS AGREEMENT AND CERTIFIES THAT THE COMPANY HAS URGED AND DOES URGE HIM TO DO SO.**

As to Employee:

*Christopher Jonas brooks (Nov 25, 2024 11:40 EST)*

_____
Date        Christopher Brooks


For the Company:


_____   _____
Date        Asheville Detox LLC

**AA/14**

- 6 -

Case 1:25-cv-00058-MOC-WCM    Document 17-1    Filed 05/27/25    Page 28 of 29
Case 1:25-cv-00058-MOC-WCM    Document 13-6    Filed 05/12/25    Page 7 of 7

**INCOMING MAIL**



Date Received:



RECEIVED

MAY 2 0 2025

By: _____

Scanned: