IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
FILE NO: 1:25 CV 58-MOC-WCM

| | |
|---|---|
| CHRISTOPHER JONAS BROOKS<br>PLAINTIFF | }<br>}<br>}<br>} |
| V. | }<br>}<br>} |
| ASHEVILLE DETOX LLC et al.<br>DEFENDENT | }<br>} |

**Exhibit A:
Proposed Surreply**

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
FILE NO: 1:25 CV 58-MOC-WCM

CHRISTOPHER JONAS BROOKS }
   PLAINTIFF }
 }
 }
V. } **Exhibit A:**
 } **PLAINTIFF'S PROPOSED**
 } **SURREPLY TO DEFENDANTS'**
ASHEVILLE DETOX LLC et al. } **REPLY**
   DEFENDENT }

**NOW COMES** Plaintiff Christopher Jonas Brooks, pro se, pursuant to the Court's Order granting leave, and responds to new arguments and exhibits raised for the first time in Defendants' Reply:

## I. DEFENDANTS IMPROPERLY WEAPONIZED RULE 11 SAFE HARBOR COMMUNICATIONS

Defendants' submission of Plaintiff's Rule 11 safe harbor materials as "Exhibit A" violates:

- **FRE 408** (protecting settlement communications);
- **Judicial ethics** by misusing safe harbor materials to distort the record[1];
- **Rule 11's purpose** of pre-filing resolution.

## II. DEFENDANTS DECEPTIVELY BUNDLED DISTINCT COMMUNICATIONS

Defendants misled the Court by combining two legally distinct documents into a single "Exhibit A":

1. Plaintiff's **Rule 11(c)(2) Safe Harbor Notice** (served solely to comply with the 21-day pre-filing requirement);
2. Plaintiff's **Separate Settlement Proposal** (an independent good-faith offer under FRE 408).

This deliberate conflation materially distorts the record and prejudices Plaintiff.

## III. PLAINTIFF'S CONDUCT REMAINS PROPER

Plaintiff strictly complied with **FRCP 11(b)** and **Local Rule 7.1**[2] certification requirements. All filings responded to Defendants' document fabrication.

## IV. CONCLUSION

The Court should:

1. **STRIKE** Exhibit A;
2. **DISREGARD** arguments relying on it;
3. **SANCTION** Defendants for abuse of process under *Chambers v. NASCO*.

   Respectfully submitted,

   /s/ Christopher Jonas Brooks

Christopher Jonas Brooks
Pro Se Plaintiff
41 Vance Ave Unit B
Black Mountain, NC 28711
Chris.Brooks111@outlook.com
(910) 294-1826

**FOOTNOTES**

[1] *See Chambers v. NASCO, Inc.*, 501 U.S. 32, 46 (1991) (misusing litigation tools undermines judicial integrity).

[2] Local Rule 7.1 (W.D.N.C.) requires motions to "state with particularity the grounds" — a standard Plaintiff met.

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was mailed/ delivered to the following individuals at the addresses listed:

Robert C. Carpenter
N.C. State Bar No. 36672
Alicia E. Hill
N.C. State Bar No. 58372
Allen Stahl & Kilbourne, PLLC
20 Town Mountain Road, Suite 100
Asheville, NC 28801
828-254-4778
828-254-6646 fax
bcarpenter@asklawnc.com
ahill@asklawnc.com
Attorney for Defendants

This the 28th Day of May 2025

/s/ Christopher J. Brooks
Christopher J. Brooks
41 Vance Ave Unit B
Black Mountain, NC 28711
(910)294-1826
Chris.brooks111@outlook.com
*Pro se* Plaintiff