**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**ASHEVILLE DIVISION**

**FILE NO: 1:25 CV 58-MOC-WCM**

| | | |
|---|---|---|
| CHRISTOPHER JONAS BROOKS, | **)** | |
|    Plaintiff, | **)** | |
| | **)** | |
| v. | **)** | **DEFENDANTS'** |
| | **)** | **MOTION TO ENFORCE** |
| ASHEVILLE DETOX LLC and | **)** | **SETTLEMENT AGREEMENT** |
| HEALTHCARE ALLIANCE NORTH | **)** | |
| AMERICA, | **)** | |
|    Defendants. | **)** | |
| | **)** | |

_____

NOW COMES Defendants Asheville Detox, LLC and Health Care Alliance North America ("Defendants"), by and through the undersigned counsel, and hereby file this motion to enforce the settlement agreement by Plaintiff on November 25, 2025, or, in the alternative, the settlement agreement reflected in emails with Plaintiff's attorney and Plaintiff on February 5, 2025, and February 24, 2025. Defendants do so for the reasons contained in the brief filed contemporaneously with this Motion.

Respectfully submitted, this the 12th day of June, 2025.

/s/ Robert C. Carpenter
Robert C. Carpenter
N.C. State Bar No. 36672
Alicia E. Hill
N.C. State Bar No. 58372
Allen Stahl & Kilbourne, PLLC
20 Town Mountain Road, Suite 100
Asheville, NC 28801

828-254-4778
828-254-6646 fax
bcarpenter@asklawnc.com
ahill@asklawnc.com
*Attorney for Defendants*

## **CERTIFICATE OF SERVICE**

I CERTIFY that according to CM/ECF records, a copy of the foregoing was served upon the individual listed below via electronic notification from the District Court:

Christopher Jonas Brooks
brooks.cj1002@gmail.com
*Pro Se*

This the 12th day of June, 2025.

/s/ Robert C. Carpenter
Robert C. Carpenter
N.C. State Bar No. 36672
Alicia E. Hill
N.C. State Bar No. 58372
Allen Stahl & Kilbourne, PLLC
20 Town Mountain Road, Suite 100
Asheville, NC 28801
828-254-4778
828-254-6646 fax
bcarpenter@asklawnc.com
ahill@asklawnc.com
*Attorney for Defendants*