# TABLE OF EXHIBITS
## for
## Plaintiffs' response in opposition to defendants' motion to enforce settlement

| Exhibit | Label Description |
|---|---|
| A | Plaintiff's signature version without defense signature (Originally Filed as document 13-6) |
| B | Altered signature version from defense (Sent to plaintiff via UPS w/ cash and check) |
| C | Document with impossible future dates |
| D | Email acknowledging Rule 11 Safe Harbor and settlement threat |
| E1 | Email from defense: 'most of your changes included'; warns filing voids offer |
| E2 | Defense's revised draft with unresolved release language |
| F1 | Email thread with former attorney |
| F2 | Email where attorney says Plaintiff refuses to sign and he withdraws |
| F3 | General objections to the draft agreement |
| G1 | Emails regarding REDA claim |
| G2 | Follow-up REDA communication |
| G3 | Unemployment hearing-related emails |
| G4 | Additional REDA and unemployment discussions |
| H1 | Page 12 of Workers' Comp agreement |
| H2 | Page 13 of Workers' Comp agreement |
| H3 | Page 14 of Workers' Comp agreement |
| I1 | Unemployment record showing contradiction |
| I2 | Unemployment documentation |
| I3 | More unemployment documentation |
| I4 | Further unemployment evidence |
| I5 | case-related email or form |
| I6 | Final unemployment evidence document |

# TABLE OF EXHIBITS
## for
## Plaintiffs' response in opposition to defendants' motion to enforce settlement

| Exhibit | Label Description |
|---|---|
| J | Rule 11 Safe Harbor notice and cover letter |
| K | Page three of Court filed document 17 by defense |
| L | Page one of proposed and rejected separation agreement and release of claims |